IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KARL THOMAS**                                                                                    **PLAINTIFF**

v.                            Case No. 4:14-cv-00459 KGB

**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON, ET AL.**                                        **DEFENDANTS**

## ORDER

Based on the joint stipulation of dismissal with prejudice filed in this case (Dkt. No. 15), all claims in this case are hereby dismissed with prejudice, with each party to bear its or his own costs and attorneys' fees.

SO ORDERED this 28th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE